TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00066-CR







Alvie Eugene Bingham, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT


NO. B-05-1358-S, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Rosemary Rose, is ordered to tender a brief in this cause no later than August 30, 2007.

It is ordered June 13, 2007.

 


Before Chief Justice Law, Justices Puryear and Henson

Do Not Publish